IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ZACHARY C. YOUNTS,<br><br>               Defendant. | 8:22-CR-97<br><br>**ORDER STAYING MAGISTRATE JUDGE'S RELEASE ORDER** |

       This matter is before the Court on the government's Motion for Emergency Stay and for Review of Revocation of a Release Order, Filing 41. The government asks the Court stay the magistrate judge's Order Setting Conditions of Release, Filing 39, granting Defendant Zachary C. Younts release pending trial on charges of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). The government requests a stay of the Order while the Court conducts its de novo review in consideration of the government's request it be revoked pursuant to 18 U.S.C. § 3145. Filing 41. The government maintains the defendant is both a flight risk and a danger to the community. Filing 41 at 8.

       To allow the Court time to conduct its de novo review, the magistrate judge's Order Setting Conditions of Release, Filing 39, will be stayed pending the Court's ruling on the government's motion for revocation.

       IT IS ORDERED:

1. The Order Setting Conditions of Release, Filing 39, is stayed pending this Court's ruling on the government's Motion for Revocation, Filing 41; and

2. The defendant shall be detained pending further order of the Court in accordance with the previous Order of Detention Pending Trial, Filing 30;

Dated this 31st day of May, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge