**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR97** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ZACHARY C. YOUNTS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [52]. The parties need additional time to resolve this matter short of trial and complete plea paperwork. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [52] is granted as follows:

1. The jury trial now set for October 18, 2022, is continued to December 13, 2022**.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 13, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: October 11, 2022**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**