# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:22CR97 |
| vs. | ) ) | ORDER |
| ZACHARY C. YOUNTS, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [82]. The parties need additional time to resolve this matter short of trial and complete plea paperwork. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [82] is granted as follows:

1. The jury trial now set for February 21, 2023, is continued to **April 4, 2023**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 4, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: February 10, 2023**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**