IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR97 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ZACHARY C. YOUNTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [86]. Counsel needs additional time to complete plea paperwork. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [86] is granted as follows:

1. The jury trial now set for April 4, 2023, is continued to **May 16, 2023**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 16, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a request for hearing before the undersigned magistrate judge.**

**DATED: March 27, 2023**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**